AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

KARA SINGLETON ADAMS
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:10-CR-006 -ODE

To:   The United States Marshal
       and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KARA SINGLETON ADAMS and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

Charging him or her with (brief description of offense):  Fraud

in violation of **Title 18, United States Code, Section(s) 1341, 1343 and 2326**

MAR 0 5 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

JAMES N. HATTEN
Name of Issuing Officer

_Carole Buck_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

January 6, 2010  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_Surrendered_

U.S. Marshals Service
75 Spring Street Rm 1669
Atlanta, Georgia 30303

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest:  3-4-10

Signature of Arresting Officer

by. _Shoni Benton_
USMS N/GA

# 61718-019