FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 7 2011

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| v. | NO. 1:10-CR-00006-CAP-JFK-1 |
| | |
| KARA SINGLETON ADAMS, | |
| | |
| Defendant. | |

### V E R D I C T

We the jury find the defendant, Kara Singleton Adams, as follows:

Circle a or b:

**Count 1:**

    a. Not Guilty

    **(b.)** Guilty

**Count 2:**

    a. Not Guilty

    **(b.)** Guilty

**Count 3:**

    a. Not Guilty

    **(b.)** Guilty

**Count 4:**

    a. Not Guilty

    **(b.)** Guilty

**Count 5:**

    a. Not Guilty

    ⓑ Guilty

**Count 7:**

    a. Not Guilty

    ⓑ Guilty

**Count 8:**

    a. Not Guilty

    ⓑ Guilty

**Count 9:**

    a. Not Guilty

    ⓑ Guilty

**Count 10:**

    a. Not Guilty

    ⓑ Guilty

**Count 11:**

    a. Not Guilty

    ⓑ Guilty

**Count 12:**

    Withdrawn

**Count 13:**

    a. Not Guilty

    **(b.)** Guilty

**Count 14:**

    **(a.)** Not Guilty

    b. Guilty

**Count 15:**

    a. Not Guilty

    **(b.)** Guilty

**Count 16:**

    a. Not Guilty

    **(b.)** Guilty

**Count 17:**

    **(a.)** Not Guilty

    b. Guilty

**Count 18:**

    a. Not Guilty

    **(b.)** Guilty

**Count 19:**

    a. Not Guilty

    **(b.)** Guilty

**Count 20:**

    a. Not Guilty

    **(b.)** Guilty

**Count 21:**

    a. Not Guilty

    **(b.)** Guilty

**Count 22:**

    a. Not Guilty

    **(b.)** Guilty

SO SAY WE ALL, this __7__ day of __November__, 2011.

_____Stephen H Camp_____

Foreperson

4